UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL FOLEY,<br><br>    Plaintiff(s),<br><br>    v.<br><br>FERNANDO PACCHIEGA, et al.,<br><br>    Defendant(s). | Case No. 2:15-CV-2047 JCM (CWH)<br><br>ORDER |

Presently before the court is *Foley v. Pacchiega et al.*, case number 2:15-cv-02047-JCM-CWH.  On January 18, 2019, this court adopted Magistrate Judge Hoffman's report and recommendation ("R&R") (ECF No. 9) and dismissed pro se plaintiff Michael Foley's ("plaintiff") second amended complaint (ECF No. 8).  (ECF No. 12).  Plaintiff appealed (ECF No. 15), and the Ninth Circuit vacated and remanded the case (ECF No. 21).

The court instructs the clerk to reopen this case.  The court also notes that Magistrate Judge Hoffman has retired, so a new magistrate judge should be assigned to this action.

Accordingly,

IT IS SO ORDERED.

DATED June 12, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**